UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ANDREW DAVIS,

                                  Plaintiff,                        **ORDER**

    - against -                                                        No. 23-CV-5613 (CS)

LOWE'S HOME CENTERS, LLC,

                                Defendant.
---------------------------------------------------------------x

Seibel, J.

      On December 13, 2023, I held a show cause conference in the above-captioned matter at which I granted Plaintiff's counsel's request to be relieved. (*See* Minute Entry dated Dec. 13, 2023.)

      The status conference previously scheduled for January 25, 2024 at 11:45 a.m. is adjourned to February 20, 2024 at 2:30 p.m. in Courtroom 621. If Plaintiff has retained new counsel by that time, counsel shall appear for Plaintiff. If Plaintiff has not retained counsel, he must appear himself and will proceed *pro se* (that is, without counsel) until such time as counsel appears on his behalf.

      Failure to appear at that conference either personally or through counsel may – unless the Court has excused the appearance in advance – result in sanctions pursuant to Federal Rule of Civil Procedure 16(f) (sanction for failure to attend a conference or obey a pretrial order) or dismissal pursuant to Federal Rule of Civil Procedure 41(b) (failure to prosecute or comply with a court order).

The Clerk of Court is respectfully directed to: (1) terminate Bruce Cantin and his firm, Brandon J. Broderick LLC, as counsel for Plaintiff; and (2) mail a copy of this Order to Andrew Davis, 333 Capitol Street, Saddle Brook, NJ 07663.

**SO ORDERED.**

Dated: January 17, 2024
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.